**SO ORDERED.**

**SIGNED this 9th day of April, 2013.**



_____
US BANKRUPTCY JUDGE

---

C-13-7a
(Rev. 01/12)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **ORDER CONFIRMING PLAN** |
| | ) | **CHAPTER 13** |
| | ) | |
| Mashburn, Donald Ray      xxx-xx-8832 | ) | |
| Mashburn, Patricia Ann    xxx-xx-4500 | ) | Case No. 12-11870 C-13G |
| PO Box 735 | ) | |
| Snow Camp, NC 27349 | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

**I.**    The Trustee in this case is Anita Jo Kinlaw Troxler, Standing Trustee, Anita Jo Kinlaw Troxler, 500 West Friendly Avenue, Suite 200, P.O. Box 1720, Greensboro, NC 27402-1720;

**II.**   The attorney for the Debtor(s) is John T. Orcutt;

**III.**  Under the final plan (the "Plan") as proposed:

    **A.**   **Plan Payments**

        1.   The Debtor(s) is/are to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

        2.   The monthly plan payment to the Trustee is $352.00 beginning January 27, 2013, increasing to $360.00 effective April 2013;

    **B.**   **Administrative Costs**

        **1.**   **Attorney Fees.** The Attorney for the Debtor(s) is allowed the base fee of $3,500.00. The Attorney has received no fee from the Debtor(s) pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

    **2.    Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

**C.    Priority Claims**

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

    1.    Internal Revenue Service
    2.    N C Department of Revenue
    3.    Alamance County Tax Collector - $65.87 - $5.00 per month

**D.    Secured Claims**

    **1.    Secured Claims To Be Paid In Full - Real Property**

| Creditor & Property | Claim Filed (Y/N) | Amount of claim | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| **ALAMANCE COUNTY TAX COLLECTOR 5453K Snow Camp Road Graham, NC** | Y | $654.48 | $20.00 | 10.3% |

    **2.    Partially Secured Claims - Real Property and Personal Property**

*Any objection to value is required to be filed as a formal objection to valuation not later than 60 days from the date of the entry of this Order.*

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Secured Amount and Value | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|---|
| **JPMORGAN CHASE BANK, NA (2008 Hyundai: 4/26/10)** | Y | $10,348.01 | $8,460.00 | $185.00 eff. 1/2014 | 5.25% | $76.00 1/2013 thru 12/2013 |

**E.    General Unsecured Claims Not Separately Classified.**

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration. The estimated dividend to general unsecured claims is 7%.

**F.    Special Provisions**

**SPRINGLEAF FINANCIAL SERVICES is found to be an unsecured non-priority claimant on the claim filed in the amount of $530.50 due to failure to document evidence of a non-preferential perfected lien against property of the estate.**

**G.** The Debtor(s) will pay THE GREATER OF the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing long term debts, OR a minimum of 36 monthly plan payments, or if the judgment lien of One Main Financial is avoided as a preferential lien, the amount necessary to pay all allowed secured claims and costs of secured claims in full plus $8,050.00 due to liquidation value of the estate and if the judgment lien of Regional Finance is avoided as a preferential lien, the liquidation value to be increased by $1,535.00, with the plan to be reviewed in twelve (12) months and periodically thereafter for plan payment adjustments;

**H.** The terms and provisions of the Standing Order dated February 24, 2012, are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov.**

**I.** **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

END OF DOCUMENT

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720